# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Case No. 95CR0462-DMS |
| Plaintiff, | ) |
| | ) **ORDER AND JUDGEMENT** |
| v. | ) |
| RAFAEL RODRIGUEZ (1), ABELARDO SOLORIO-TOVAR (4), RAUL RODRIGUEZ (6), | ) |
| Defendants. | ) |

This matter comes before the Court on the United States' motion to dismiss the Indictments and request to recall the Arrest Warrants as to Defendants Rafael Rodriguez (1), Abelardo Solorio-Tovar (4), and Raul Rodriguez (6).

IT IS HEREBY ORDERED that the Indictments in the above-captioned case are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Arrest Warrants are recalled.

DATED: 7/25/2025

HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE